Dallas Buyers Club

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 97.83.177.175 | 2/5/14 10:29:33 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Stevens Point | Portage |
| 2 | 68.190.127.227 | 2/5/14 01:48:51 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Madison | Dane |
| 3 | 97.87.57.86 | 2/5/14 01:47:41 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Madison | Dane |
| 4 | 68.190.149.8 | 2/2/14 03:19:29 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Rice Lake | Barron |
| 5 | 24.196.136.118 | 2/2/14 04:25:42 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Madison | Dane |
| 6 | 207.118.234.244 | 2/2/14 03:22:20 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | CenturyLink | La Crosse | La Crosse |
| 7 | 71.90.89.68 | 2/2/14 01:03:41 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Sun Prairie | Dane |
| 8 | 96.42.60.204 | 2/1/14 02:39:17 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | La Crosse | La Crosse |
| 9 | 71.90.85.140 | 1/31/14 10:59:48 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Janesville | Rock |
| 10 | 68.190.148.10 | 1/31/14 04:25:31 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Rice Lake | Barron |
| 11 | 71.90.88.182 | 1/30/14 05:40:21 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Sun Prairie | Dane |
| 12 | 71.89.115.112 | 1/28/14 06:33:44 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | La Crosse | La Crosse |
| 13 | 24.241.156.196 | 1/28/14 03:48:26 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Marshfield | Wood |
| 14 | 24.178.26.22 | 1/27/14 11:27:41 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Madison | Dane |
| 15 | 71.82.153.211 | 1/27/14 10:50:32 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Eau Claire | Eau Claire |
| 16 | 71.89.18.175 | 1/27/14 06:29:47 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Stevens Point | Portage |
| 17 | 71.82.154.235 | 1/27/14 03:26:50 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Eau Claire | Eau Claire |
| 18 | 96.42.34.42 | 1/27/14 02:02:52 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Madison | Dane |
| 19 | 174.124.53.49 | 1/26/14 10:55:50 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | CenturyLink | Cumberland | Barron |
| 20 | 75.72.16.140 | 1/26/14 05:28:19 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Hudson | St. Croix |
| 21 | 71.10.113.7 | 1/26/14 04:47:47 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Wausau | Marathon |
| 22 | 68.187.100.57 | 1/26/14 03:01:58 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Plover | Portage |
| 23 | 75.134.24.63 | 1/26/14 01:48:45 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Madison | Dane |
| 24 | 97.86.38.75 | 1/26/14 12:55:53 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Rhinelander | Oneida |
| 25 | 24.183.34.106 | 1/25/14 05:21:59 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Charter Communications | Cross Plains | Dane |

Exhibit B