

Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

## IMPORTANT LEGAL NOTICE: PLEASE READ CAREFULLY

August 27, 2014



### *OBJECTION DEADLINE*

### September 9, 2014, 4:00 pm CT

**References Used In This Notice**

- Court Case: Dallas Buyers Club, LLC (the "Plaintiff") v. Does 1-25, Court Case No. 3:14-cv-00493
- Court: United States District Court for the Western District of Wisconsin
- Copyrighted Work: "Dallas Buyers Club"
- Identifying Information: Accountholder Name, Address(es), IP log
- Charter Case Number: 14-3075
- Your ID Number: 7

Dear Sir or Madam:

Charter has received a subpoena from attorneys for the Plaintiff seeking certain information about your Charter internet account ("Account"), including the Identifying Information listed above. The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com. Because a court order authorizes the Plaintiff to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above. Copies of the court order and subpoena are attached, as well as any other documentation that may have been court-ordered to be provided with this notice.

Charter records indicate that an IP address listed on an exhibit to the subpoena was assigned to your Account at the given date and time. Below is a copy of the log that associates the IP with your Account in this format: IP Address – Modem MAC – CPE MAC – IP Lease Start Time – IP Lease End Time.
71.90.89.68 e4:48:c7:22:7f:10 74:d0:2b:87:1a:58 2013-08-28 02:47:04 2014-04-18 06:38:23

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention "Legal – File-Sharing Team" via facsimile at 314-909-0609) by the objection deadline stated above so that Charter may withhold disclosure of your information. **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER, EVEN IF YOUR OBJECTION TO THE COURT IS ANONYMOUS. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Please note that the objection deadline provided in this letter and the due date on the subpoena may not coincide as Charter may have been granted an extension to fulfill its obligations under this court order. Please also note that the court order required additional documentation to be included in this notice; Charter had no input into this documentation and makes no representations about it.

Questions regarding your legal rights should be directed to the attorney of your choice. If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly. If you have any questions regarding your Account, Charter's policies or this correspondence, you should review the attached FAQs with the Charter logo or the named accountholder may call Charter's Security Department directly at 866-228-0195. Please have this letter in hand if you call because you will be asked to confirm information contained herein.

Sincerely,

**Charter Communications, Inc.**

Enclosures

September 2, 2014

Clerk of Court
United States District Court
Western District of Wisconsin
120 North Henry Street, Suite 320
Madison, WI 53703

DOC NO
REC'D/FILED

2014 SEP -2 PM 12: 34

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Dear Clerk of Court,

This letter is to inform the United States District Court for the Western District of Wisconsin that I formally oppose disclosure of my customer information from Charter Communications, Inc. to the district court. Charter Communications, Inc. has received a subpoena from attorneys for the plaintiff seeking certain information about my Charter internet account.

Attached is a legal notice from Charter Communications, Inc. explaining further details. The objection deadline is Tuesday, September 9, 2014.

My personal identifying information I am providing to the United States District Court for the Western District of Wisconsin is found on the attached legal notice. I am not including my actual name or address on this letter. My identifying information includes:

a. Court Case: Dallas Buyers Club LLC (the "Plaintiff") v. Does 1-25, Court Case No. 3:14-cv-00493
b. Charter Case Number: 14-3075
c. I.D. Number: 7
d. IP Log: 71.90.89.68 e4:48:c7:22:7f:10 74:d0:2b:87:1a:58


Sincerely,
Anonymous (I.D. number 7)


Enclosure (1) - Charter Communications, Inc. Important Legal Notice dated August 27, 2014