To Whom it May Concern:

In regards to Case No.: 3:14-cv-00493, I am writing this letter to object to the subpoena asking for my personal information.

Thank you