IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | ) | |
| | ) | |
| | ) | Case No.: 3:14-cv-00493 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOES | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #3, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 97.87.57.86. This resolves DOE #3's pending motion identified as dkt # 10.

DATED:  September 16, 2014                  Respectfully submitted,

`                                                                Dallas Buyers Club, LLC,

                                              By:    s/ Keith A. Vogt
                                                     Keith A. Vogt (Bar No. 6207971
                                                     Takiguchi & Vogt, LLP
                                                     1415 West 22nd Street, Tower Floor
                                                     Oakbrook, IL 60523
                                                     (630) 974-5707
                                                     KVogt@takiguchiandvogt.com
                                                     Attorney for Plaintiff