IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| Dallas Buyers Club, LLC, | ) ) ) ) ) |
| v. | ) Case no. 3:14-cv-00493 |
| DOES | ) ) ) ) |

## PLAINTFF'S RESPONSE TO OBJECTION TO SUBPOENA

An unidentified defendant has filed an objection to the subpoena that was issued to discover the defendant's name and address. [dkt. # 9] To the extent the objection is based on privacy concerns or an argument on the merits, it should be denied at this juncture. *Dallas Buyers Club, LLC v. Doe*, 2014 U.S. Dist. LEXIS 113846, 3-5, 2013 WL 4084751 (W.D. Wis. July 8, 2014). However, Plaintiff is more than willing to have the Court enter a protective order to maintain the confidentiality of the requested information if the Court feels that a protective order is needed for this matter. *Id*.

DATED:  September 18, 2014                    Respectfully submitted,

                                                                  By:    s/ Keith A. Vogt
                                                                        Keith A. Vogt (Bar No. 6207971
                                                                        Takiguchi & Vogt, LLP
                                                                        1415 West 22nd Street, Tower Floor
                                                                        Oakbrook, IL 60523
                                                                        (630) 974-5707
                                                                        KVogt@takiguchiandvogt.com
                                                                        Attorney for Plaintiff